**Order filed November 5, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00228-CR

_____

## FRANKIE RAY MCKINNEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR44036**

## O R D E R

Court-appointed counsel for Frankie Ray McKinney has filed in this court a timely motion to abate this appeal to give the trial court an opportunity to conduct a hearing on McKinney's motion to proceed pro se in this appeal. We grant counsel's motion and abate this appeal.

We abate the appeal and remand the cause to the trial court so that the trial court may determine the following:

1. Whether McKinney desires to prosecute this appeal;

2. Whether McKinney is indigent;

3. If not indigent, whether McKinney has retained counsel for this appeal; and

4. If indigent, whether McKinney desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, McKinney competently and intelligently chooses to exercise the right to represent himself.

If it is determined that McKinney is indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether McKinney's decision to proceed without counsel is knowingly and intelligently made. *See Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780, 783–86 (Tex. Crim. App. 1976). The trial court is directed to enter findings of fact and conclusions of law and to make any appropriate recommendations to this court.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before December 21, 2015.

The motion to abate is granted, and the appeal is abated.

PER CURIAM

November 5, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.